# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| Rita Thakore | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 05 C 5262 |
| Universal Machine Co. | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* Rita Thakore recover from the defendant *(name)* Universal Machine Co. the amount of $2,003,002.58 dollars ($           ), which includes prejudgment interest at the rate of        %, plus postjudgment interest at the rate of        %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*            recover costs from the plaintiff *(name)*           .

☐ other:                                                                                                    .

This action was *(check one)*:

X tried by a jury with Judge Robert W. Gettleman presiding, and the jury has rendered a verdict.

☐ tried by Judge                       without a jury and the above decision was reached.

☐ decided by Judge                       on a motion for                       .

Date: Jan 11, 2011

Michael W. Dobbins, Clerk of Court

/s/ George D. Schwemin

*Signature of Clerk or Deputy Clerk*