JKB/cic/358782　　　　　　　　　　　　　　　　　　　　　　　　　　　　　2345-54

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RITA THAKORE and VATSAL THAKORE, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 05 C 5262 |
| ) | |
| UNIVERSAL MACHINE CO. OF ) | Judge Gettleman |
| POTTSTOWN, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant, Universal Machine Company of Pottstown, Inc., ("Universal") appeals to the United States Court of Appeals for the Seventh Circuit from the Final Judgment of the District Court entered on February 11, 2011 and from all interlocutory rulings and orders merged therein.

Dated: March 11, 2011

Respectfully submitted,

UNIVERSAL MACHINE CO. OF POTTSTOWN, INC.

By: /s/James K. Borcia
One of Its Attorneys

James K. Borcia
John M. O'Driscoll
Tressler LLP
233 S. Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
(312) 627-4000