# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

April 27, 2011

| | |
|---|---|
| No.: 11-1588 | RITA THAKORE,<br>Plaintiff - Appellee<br><br>v.<br><br>UNIVERSAL MACHINE COMPANY OF POTTSTOWN, INCORPORATED, a Pennsylvania corporation doing business as UNIVERSAL MACHINE AND ENGINEERING CORPORATION,<br>Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:05-cv-05262<br>Northern District of Illinois, Eastern Division<br>District Judge Robert W. Gettleman | |

Upon consideration of the **MOTION TO DISMISS CASE PURSUANT TO FRAP 42(B)**, filed on April 26, 2011, by counsel for the parties,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**(form ID: **137**)

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit